CLARA O. STADTMULLER, Plaintiff, v. HARRY SCHORR, Appellant; DAVID ISENBERG, Receiver-Respondent, and Others, Defendants.— Motion for a stay of all proceedings in respect to the funds in the hands of the receiver pending the determination of the foreclosure action granted. The status of the receiver remains unchanged under the original order appointing him — in view of the decision made in *Stadttmuller* v. *Schorr* (*ante*, p. 818), decided herewith. Present — Young, Carswell, Davis, Adel and Taylor, JJ.

TITLE GUARANTEE AND TRUST COMPANY, Appellant, v. CHAMBERS DEVELOPMENT CORPORATION and Others, Defendants. GEORGE E. SEAMAN, Receiver-Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 643.] The following question is certified: On the facts stated in the record was the receiver's account legally surcharged with the sum of $1,475? Present — Young, Carswell, Davis, Adel and Taylor, JJ.

GEORGE H. ZATOR, Respondent, v. NOWY SWIAT PUBLISHING COMPANY, INC., and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Young, Carswell, Davis, Adel and Taylor, JJ.

MARY DMYTRYSZEN and JOSEPH DMYTRYSZEN, Respondents, v. JULIA NORWELL and MARY TUTHILL, Appellants.— Action for personal injuries sustained by plaintiff wife as a consequence of a fall due to claimed negligent condition of a stairway in a dwelling house and companion action for damages for loss of services. Order of the City Court of Yonkers granting motion for an examination of the defendants before trial affirmed, without costs; the examination to proceed on five days' notice. Young, Carswell, Davis, Adel and Taylor, JJ., concur.